**IN THE UNITED STATES DISTRICT COURT FOR THE**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

ANTONIO L. FREEMAN, )
)
      Plaintiff, )
)
)
v. )    Civil No. 3:10-1087
)    Judge Trauger
LAWREN B. LASSITER, SIDNEY V. PRESTON, )    Magistrate Judge Griffin
DAVID R. HOWARD, RANDY P. LUCAS, )
BOBBY HARRIS and EBEN BATES, )
)
      Defendants. )

**O R D E R**

On April 13, 2011, the Magistrate Judge issued a Report and Recommendation (Docket

No. 42), to which no timely objections have been filed.  The Report and Recommendation is

therefore **ACCEPTED** and made the findings of fact and conclusions of law of this court.  For

the reasons expressed therein, the following are hereby **ORDERED**:

1.    The Motion to Dismiss filed by defendant Lassiter (Docket No. 17), the
Motion to Dismiss filed by defendant Lucas (Docket No. 19), and the
Motion For Summary Judgment filed by defendant Howard (Docket No.
32) are **GRANTED**, and the plaintiff's claims against these three
defendants under 42 U.S.C. § 1983 are **DISMISSED WITH
PREJUDICE**.

2.    The court declines to exercise jurisdiction over the plaintiff's state law
claims against defendants Lassiter, Howard and Lucas, and these claims
are **DISMISSED WITHOUT PREJUDICE** under 28 U.S.C. § 1367(c).

3.    Defendants Lassiter, Howard and Lucas are **DISMISSED** as defendants in
this action.

4.    Defendants Preston and James are **DISMISSED** from this action without
prejudice pursuant to Rule 4(m), FED. R. CIV. P.

This case is **REFERRED** back to the Magistrate Judge for further handling under the original referral Order.

It is so **ORDERED.**

Enter this 25th day of May 2011.

_____
ALETA A. TRAUGER
United States District Judge